## Helen Gibson *v.* Ella Fullin

The plaintiff's motion for a review of the taxation of costs in the appeal from the Superior Court in Fairfield County is granted and the clerk is directed to correct the bill of costs by deleting those costs assessed for the printing of the appendix to the defendant's brief.

*T. Paul Tremont,* in support of the motion.

Submitted April 13—decided May 17, 1977

## Myrna F. LaBow *v.* Ronald I. LaBow

The defendant's motion for a review of the order, dated February 22, 1977, of the trial court terminating the stay of execution in the appeal from the Superior Court in Fairfield County is granted and the relief sought therein is denied.

*Ronald I. LaBow,* pro se, in support of the motion.

Submitted April 14—decided May 17, 1977

The plaintiff's motion to dismiss the defendant's motion for review dated April 4, 1977, is denied.

*John W. Colleran,* in support of the motion.

Submitted April 20—decided May 17, 1977

## John Thomas *v.* Mehadin K. Arafeh, Superintendent, Connecticut Valley Hospital

The motion by Lansing E. Crane for permission to file a brief as amicus curiae, to appear and to argue in the appeal from the Superior Court in Middlesex County is granted to the extent that permission to file a brief is given.

*Lansing E. Crane,* in support of the motion.